THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Larry Mitchell,
 Jr., Appellant.
 
 
 

Appeal From Richland County
L. Casey Manning, Circuit Court Judge
Unpublished Opinion No. 2008-UP-674
Submitted December 1, 2008  Filed
 December 9, 2008    
APPEAL DISMISSED

 
 
 
 Chief Appellate Defender Joseph L. Savitz, III, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, and
 Solicitor Warren B. Giese, all of Columbia, for Respondent.
 
 
 

PER CURIAM:  Larry Mitchell, Jr. appeals his guilty plea to
 criminal domestic violence of a high and aggravated nature.  Mitchell argues
 the trial court erred by accepting his guilty plea without explaining and
 obtaining a waiver of his right of confrontation.  After a thorough review of the record and counsels
 brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss Mitchells
 appeal and grant counsels motion to be relieved. [1] 
APPEAL
 DISMISSED.  
HEARN, C.J., SHORT and KONDUROS, JJ., concur.  

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.